## Montgomery Street Railway Co. *v.* Oland.

APPEAL from the City Court of Montgomery.
Tried before the Hon. A. D. SAYRE.

C. H. ROQUEMORE and LOMAX, CRUM & WEIL, for appellant.

HILL & HILL and JOHN W. A. SANFORD, JR., for appellee.

The appeal in this case was dismissed by the appellant.

---

## Thompson Foundry & Machine Works *v.* Glass.

APPEAL from the Circuit Court of Mobile.
Tried before the Hon. WILLIAM S. ANDERSON.

MITCHELL & TONSMEIRE and GREGORY L. & H. T. SMITH, for appellant.

PILLANS, HANAW & PILLANS, for appellee.

This was an action of assumpsit, brought by the appellee against the appellant, and counted upon a promissory note.

From a judgment in favor of the plaintiff the defendant appeals.

The judgment is affirmed.

Opinion by TYSON, J.